# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GILBERT LAW,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>D. DOMICO,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 1:10-cv-02225-BAM PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM<br><br>ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(G) |

Plaintiff Carlos Gilbert Law ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was filed on December 1, 2010.[1] On August 16, 2011, Plaintiff consented to the jurisdiction of the Magistrate Judge.

An order was issued on February 13, 2012, dismissing the first amended complaint, with leave to file a second amended complaint within thirty days.[2] 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). Plaintiff was warned that if he failed to file a second amended complaint in compliance with the order, this action would be dismissed, with prejudice, for failure to state any claims.

More than thirty days have passed and Plaintiff has not complied with or otherwise responded

---

[1] At the time Plaintiff filed this action he was incarcerated in the Merced County Jail. See ECF No. 2.

[2] The United States Postal Service returned the order on February 23, 2012, as undeliverable. A notation on the envelope indicates that Plaintiff is no longer in custody. However, Plaintiff has not notified the Court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 182(f). Since Plaintiff's address had been updated based upon his filing in a separate action, on April 4, 2012, the Court sent the order to Plaintiff's previous address of record. On April 23, 2012, the order was returned indicating Plaintiff has been discharged.

1

to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted. The Clerk's Office SHALL enter judgment against Plaintiff. This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g). Silva v. Vittorio, No. 08-15620, 2011 WL 4436248, at *4 (9th Cir. Sept. 26, 2011).

IT IS SO ORDERED.

Dated:   April 25, 2012                             /s/ Barbara A. McAuliffe
                                                          UNITED STATES MAGISTRATE JUDGE