1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

8

9  CARLOS GILBERT LAW,                    CASE NO. 1:10-cv-02225-BAM PC

10                 Plaintiff,

11     v.                                 ORDER DISMISSING ACTION, WITH
                                          PREJUDICE, FOR FAILURE TO STATE A
                                          CLAIM
12  D. DOMICO,

                                          ORDER THAT DISMISSAL IS SUBJECT TO 28
13                 Defendant.             U.S.C. § 1915(G)
                                       /

14

15     Plaintiff Carlos Gilbert Law ("Plaintiff") is a former state prisoner proceeding pro se and in

16  forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was filed on

17  December 1, 2010.[1]  On August 16, 2011, Plaintiff consented to the jurisdiction of the Magistrate

18  Judge.

19     An order was issued on February 13, 2012, dismissing the first amended complaint, with

20  leave to file a second amended complaint within thirty days.[2]  28 U.S.C. § 1915A; 28 U.S.C. §

21  1915(e).  Plaintiff was warned that if he failed to file a second amended complaint in compliance

22  with the order, this action would be dismissed, with prejudice, for failure to state any claims.

23     More than thirty days have passed and Plaintiff has not complied with or otherwise responded

24

25     [1]At the time Plaintiff filed this action he was incarcerated in the Merced County Jail.  See ECF No. 2.

26     [2]The United States Postal Service returned the order on February 23, 2012, as undeliverable.  A notation on
    the envelope indicates that Plaintiff is no longer in custody.  However, Plaintiff has not notified the Court of any
27  change in his address.  Absent such notice, service at a party's prior address is fully effective.  Local Rule 182(f).
    Since Plaintiff's address had been updated based upon his filing in a separate action, on April 4, 2012, the Court sent
28  the order to Plaintiff's previous address of record.  On April 23, 2012, the order was returned indicating Plaintiff has
    been discharged.

1

1   to the Court's order.  As a result, there is no pleading on file which sets forth any claims upon which

2   relief may be granted.

3          Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is

4   HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which

5   relief may be granted.  The Clerk's Office SHALL enter judgment against Plaintiff.  This dismissal

6   is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g).  Silva v. Vittorio, No. 08-

7   15620, 2011 WL 4436248, at *4 (9th Cir. Sept. 26, 2011).

8          IT IS SO ORDERED.

9   **Dated:    April 25, 2012**              **/s/ Barbara A. McAuliffe**
                                              UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28